THEODORE WEICKER, JR., Respondent, v. SCHATZ ADAMS WEICKER, Appellant.— Order so far as appealed from unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

HERMAN BRANDT, Appellant, v. MARTIN L. COHN, JR., Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

TRANSRADIO PRESS SERVICE, INC., Appellant, Respondent, v. UNITED PRESS ASSOCIATIONS, Respondent, Appellant.— Order so far as appealed from by the plaintiff affirmed (Callahan, J., dissenting and voting to modify by striking out item 3 of defendant's notice of examination before trial); order so far as appealed from by defendant reversed, with twenty dollars costs and disbursements to the defendant, and plaintiff's motion to preclude as to item 1 and part of item 2 and to modify item 5 of the notice of examination before trial denied (Callahan, J., dissenting and voting to affirm). The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

GUISEPPE CURCIO, Respondent, v. MASSACHUSETTS FIRE AND MARINE INSURANCE COMPANY, Appellant.— Order so far as appealed from unanimously reversed, with twenty dollars costs and disbursements to the appellant, and the motion to vacate in all respects denied. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

IDA ESACOFF and LYDIA BARHAM, as Administratrices, etc., of MORRIS ESACOFF, Deceased, Respondents, v. THE SOUTHERN BOULEVARD RAILROAD COMPANY and THIRD AVENUE RAILWAY COMPANY, Defendants, and UNION RAILWAY COMPANY OF NEW YORK CITY, Appellant.— Order entered January 18, 1939, so far as appealed from unanimously reversed, with twenty dollars costs and disbursements, and the motion to vacate the notice as to all items granted. Appeal [by all the defendants] from order entered on or about December 29, 1938, dismissed. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

PAULINE SCHILLER, Individually and as Administratrix, etc., of GEORGE SCHILLER, Deceased, Respondent, v. HAROLD JONAS and FLORENCE JONAS, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

GERARD WELLS, an Infant, by His Guardian ad Litem, CHARLES WELLS, and CHARLES WELLS, Appellants, v. PENNSYLVANIA TUNNEL AND TERMINAL RAILROAD COMPANY and PENNSYLVANIA RAILROAD COMPANY, Respondents.— Orders unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondent, v. HERBERT CANNON, Appellant, Impleaded with Others, Defendants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

MAX GROSS v. MASSACHUSETTS ACCIDENT COMPANY.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.